IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK C. BERGERON,

    Plaintiff,                        No. CIV S-05-1102 FCD GGH PS

    vs.

KING MOHAMED VI, et al.,

    Defendants.                 <u>ORDER</u>

_____/

       On January 23, 2006, plaintiff filed a "MOTION TO ENFORCE WAIVER OF IMMUNITY UNDER FSIA § 1605(A)(1)."  This tort action was closed on November 7, 2005.  Plaintiff's filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure.  Therefore, this document will be placed in the file and disregarded.

       IT IS SO ORDERED.

DATED: 2/14/06

                                             /s/ Gregory G. Hollows

                                             _____
                                             GREGORY HOLLOWS
                                             UNITED STATES MAGISTRATE JUDGE

GGH:kr
Bergeron1102.58.wpd

1